**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00752-CV

**TEKWAY, INC., Appellant**

**V.**

**PINNACLE TECHNICAL RESOURCES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14497**

### ORDER

The reporter's record in this case is overdue. By postcard dated November 8, 2022, we notified Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Dobbins has failed to comply with the Court's order.

Accordingly, we **ORDER** Vielica Dobbins to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification

that appellant has not paid for or made arrangements to pay for the reporter's record.[1] *We notify appellant that if we receive verification it has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett Whitmore
Presiding Judge
193rd Judicial District Court

Vielica Dobbins
Official Court Reporter
193rd Judicial District Court

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] The docketing statement filed by appellant indicates appellant requested the reporter's record on August 2, 2022.